

*OK to
APPOINT
- JZC 2-3-10*



**U.S. Department of Justice**

**United States Attorney's Office**

**Western District of Wisconsin**

Suite 303, City Station
660 W. Washington Avenue
P.O. Box 1585
Madison, WI 53701-1585
608-264-5158
FAX 608-264-5054

## FINANCIAL STATEMENT OF DEFENDANT

*10-MJ-16*

As a condition of the plea agreement in your case, this financial statement must be completed by you and returned to the Assistant United States Attorney prior to the guilty plea hearing. You must give a complete statement of your income and assets and may attach additional sheets as necessary.

### Personal Information

| Name | Date of Birth |
|---|---|
| David Knickmeier | 11 / 10 / 1964 |

| Address | Social Security Number |
|---|---|
| 357 Raven Lane | 394 - 70 - 7391 |

| Marital Status | Spouse's Name | Home Telephone Number |
|---|---|---|
| ☒ Single ☐ Married ☒ Divorced | | (608) 628 - 4016 |

**Children**

| Name | Date of Birth |
|---|---|
| Jason Knickmeier | 5/18/89 |
| Cory Knickmeier | 1/30/91 |

### Employment Information

| Employer's Name | Occupation / Title |
|---|---|
| Community Action Coalition for South Central WI, Inc. | Accounting Asst / IT |

| Employer's Address | Telephone Number |
|---|---|
| 1717 N. Stoughton Rd, Madison, WI 53704 | (608) 246 - 4730 x231 |

| Years in Present Position | How often are you paid? | Net pay amount |
|---|---|---|
| 1.5 | ☐ Weekly  ☒ Bi-Weekly  ☐ Monthly | $890 ⁰⁰ |

Are any of the following items deducted from your pay before arriving at the net pay amount listed above? If so, state the amount.

| ☐ Union Dues | $ | ☒ Insurance | $17.41 | Other (itemize) | |
|---|---|---|---|---|---|
| ☒ Taxes | $175 ⁰⁰ | ☐ Credit Union | $ | | $ |
| ☒ Social Security | $70 ⁰⁰ | ☐ Retirement | $ | | $ |

Other sources of income (sources include, but are not limited to: welfare payments, AFDC, alimony/child support, rental property, military pay, unemployment compensation, Social Security, Veterans Administration benefits).

| Income Source | Amount Paid | When Paid |
|---|---|---|
| NA | | |
| | | |

**Previous employment (within last three years)**

| Employer's Name | Address | Telephone No. | When Employed |
|---|---|---|---|
| H&R Block | 6597 Lake Rd Windsor | | 11/8 - 7/1/2010 |
| | | | |

*C.c: FAO*

Financial Statement of Defendant                                                        Page 2

## Spouse's Employment Information

| Employer's Name   NA | Occupation / Title |
|---|---|
| Employer's Address   NA | Telephone Number  (    )  ____ - _____ |

| Years in Present Position | How often is spouse paid?  ☐ Weekly   ☐ Bi-Weekly   ☐ Monthly | Net pay amount |
|---|---|---|

Are any of the following items deducted from spouse's pay before arriving at the net pay amount listed above?

| ☐ Union Dues | $_____ | ☐ Insurance | $_____ | Other (itemize) | |
| ☐ Taxes | $_____ | ☐ Credit Union | $_____ | _____ | $_____ |
| ☐ Social Security | $_____ | ☐ Retirement | $_____ | _____ | $_____ |

Other sources of spouse's income (sources include, but are not limited to: welfare payments, AFDC, alimony/child support, rental property, military pay, unemployment compensation, Social Security, Veterans benefits).

| Income Source | Amount Paid | When Paid |
|---|---|---|
| NA | | |
| | | |

Spouse's previous employment (within last three years)

| Employer's Name | Address | Telephone No. | When Employed |
|---|---|---|---|
| NA | | | |

## Financial Information

| For what period did you last file a federal income tax?  2007   Where filed: WI | Amount of Gross income reported from all sources:  $ 890⁰⁰ Bi-Weekly |
|---|---|

**Monthly Expenses**

| | | | | Other living expenses (itemize) | |
|---|---|---|---|---|---|
| Rent/Mortgage payment | $ 504⁰⁰ | Electricity | $ 175⁰⁰ | | |
| Food | $ 250⁰⁰ | Gas | $ 80⁰⁰ | RX | $ 60⁰⁰ |
| Telephone (basic only) | $ 60⁰⁰ | Insurance | $ 90⁰⁰ | Household | $ 50⁰⁰ |
| Back Taxes | $ P | Judgments | $_____ | Other debts - Charge Accounts | |
| TOTAL FIXED EXPENSES: | $ 1255⁰⁰ + | | → | Bankrupty Fees | $ 187⁰⁰/Bi Weekly |
| TOTAL MONTHLY PAYMENTS: | $ ⁰⁰ | | | Various Creditors | $ See Attached |

**Loans Payable**

| Owed to | Date and Purpose | Original Amount | Balance | Monthly Payment |
|---|---|---|---|---|
| | See Attached | | | |

**Assets**

Cash on hand $ _____

| Real Estate:  Address | How owned (joint/indiv.) | Date Acquired | Cost | Unpaid Mortgage | Monthly Payment |
|---|---|---|---|---|---|
| (Mobile Home) 357 Raven Lane | Individual | 10/1/07 | NA Salvaged | NA | NA |

| Real Estate being purchased:  Address | Name of Seller | Date Acquired | Cost | Unpaid Mortgage | Monthly Payment |
|---|---|---|---|---|---|
| NA | | | | | |

**Financial Statement of Defendant**                                                                  Page 3

## Assets (continued)

**Automobiles:**

| Make/Model | Year | Present Value | Unpaid lien amount | License number |
|---|---|---|---|---|
| Jeep Grand Cherokee | 94 | $2500.00 | NA | 432 BNS |

**Bank or Savings & Loan Accounts:**

| Name & Address | Savings/ Checking | Amount | Account Number |
|---|---|---|---|
| Anchor Bank | ✓ | 40.00 | 0528104705 |

Stocks & Securities (itemize): NA

Accounts Receivable (itemize): NA

**Life Insurance:**

| Company | Face Amount | Outstanding Loans | Type/ Policy | Cash Surrender Value |
|---|---|---|---|---|
| NA | | | | |

Retirement Annuities or Profit Sharing Accounts (Detail): SEP IRA   12/31/09  $1460.52

**Judgments Owed to You:**

| Name of Defendant | Balance Owed to You | Monthly Payment Received |
|---|---|---|
| NA | | |

Indicate all transfers of property including cash (by loan, gift, sale, etc.) that you have made within the last three years (items of $300.00 and over):

| Date | Property Transferred | To Whom | Value |
|---|---|---|---|
| NA | | | |

Are you a party to any lawsuit now pending?  ☒ No   ☐ Yes - Give details: _____

Are you a trustee, executor, or administrator?  ☒ No   ☐ Yes - Give details: _____

Is anyone holding any money on your behalf?  ☒ No   ☐ Yes - Give details: _____

Is there any likelihood you will receive an inheritance?  ☒ No   ☐ Yes - Give details: _____

Do you receive, or under any circumstances expect to receive, benefits from any established trust, from a claim for compensation or damage, or from a contingent or future interest in property of any kind?
☒ No   ☐ Yes - Give details: _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS ARE TRUE AND CORRECT AND CONSTITUTE A COMPLETE STATEMENT OF MY INCOME AND ASSETS, WHETHER REAL OR PERSONAL PROPERTY, AND WHETHER HELD IN MY NAME OR ANY OTHER.

1/31/7.2010
DATE                                    SIGNATURE

Credit Card & Line of Credit Debt           David Knickmeier

| | |
|---|---|
| Chase #1 | $5,192.03 Stmt |
| Chase #2 | $3,206.52 Stmt |
| Household Bank | $2,045.73 Stmt |
| HSBC | $2,580.13 1/15/2010 |
| HFC | $11,442.53 Stmt |
| SST | $2,648.02 1/15/2010 |
| Juniper | $892.58 1/15/2010 |
| Capital One | $3,469.86 1/15/2010 |
| Edecen Servicing Co. LLC | $1,500.00 Est. |

$32,977.40

Monthly Expenses                            David Knickmeier

| | |
|---|---|
| Lot Rent | $504.22 |
| Utilities | $175.00 |
| TV | $105.00 |
| Auto Insurance | $38.84 |
| Home Insurance | $37.67 |
| Internet | $45.00 |
| Cellular Service | $60.00 |
| Gas | $80.00 |
| RX | $60.00 |
| Food & Household | $300.00 |

$1,405.73
$ 1255.73 (Less TV o Internet)

I am currently paying Legal Helpers to file bankruptcy, attorney information below:

William Murphy
5325 Wall Street, Suite 2500
Madison, WI 53718
Phone: 888-303-0431